# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MIAMI VALLEY MOBILE HEALTH
 SERVICES, INC., et al.,

       PlaintiffS,      :      Case No. 3:11-cv-158

                                        District Judge Walter Herbert Rice
   -vs-                            Magistrate Judge Michael R. Merz

                                :

EXAMONE WORLD, INC.,

       Defendant.

## RECUSAL ORDER

Pursuant to 28 U.S.C. § 455(b)(4), I disqualify myself from further participation in this case and direct the Clerk to randomly transfer the reference herein to one of the other Magistrate Judges resident at the Dayton location of court.

March 7, 2012.

                                                               s/ **Michael R. Merz**
                                                                United States Magistrate Judge